# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN J. MILLER & SHARON C. MILLER  Case Number: 05-70040
1923 MAPLES ROAD  SSN-xxx-xx-4680 & xxx-xx-8656
DIXON, IL  61021

Case filed on: 1/6/2005
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $52,800.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 016 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRIAN J. MILLER | 0.00 | 0.00 | 1,029.81 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,029.81 | 0.00 |
| 001 | BAXTER CREDIT UNION | 11,000.00 | 11,000.00 | 11,000.00 | 458.73 |
| 002 | FORD MOTOR CREDIT CORP | 2,525.81 | 2,525.81 | 2,525.81 | 105.36 |
| 003 | ECAST SETTLEMENT CORPORATION | 500.00 | 500.00 | 500.00 | 14.10 |
| 004 | MIDWEST LOAN SERVICES, INC. | 160,194.62 | 0.00 | 0.00 | 0.00 |
| 005 | CITIBANK USA SEARS | 1,500.00 | 1,500.00 | 1,500.00 | 43.94 |
|  | Total Secured | 175,720.43 | 15,525.81 | 15,525.81 | 622.13 |
| 001 | BAXTER CREDIT UNION | 3,214.86 | 3,214.86 | 3,214.86 | 283.28 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,798.97 | 2,798.97 | 2,798.97 | 246.54 |
| 005 | CITIBANK USA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BECKET & LEE, LLP | 3,982.88 | 3,982.88 | 3,982.88 | 369.28 |
| 007 | BAXTER CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BAXTER CREDIT UNION | 7,976.94 | 7,976.94 | 7,976.94 | 739.50 |
| 009 | ECAST SETTLEMENT CORPORATION | 991.37 | 991.37 | 991.37 | 87.30 |
| 010 | RESURGENT CAPITAL SERVICES | 772.56 | 772.56 | 772.56 | 68.06 |
| 011 | SHERMAN ACQUISITION DBA | 5,918.98 | 5,918.98 | 5,918.98 | 548.67 |
| 012 | DENA BRODKOWICZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,002.77 | 1,002.77 | 1,002.77 | 88.34 |
| 014 | MOBIL / EXXON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 1,452.74 | 1,452.74 | 1,452.74 | 127.93 |
|  | Total Unsecured | 28,112.07 | 28,112.07 | 28,112.07 | 2,558.90 |
|  | Grand Total: | 205,532.50 | 45,337.88 | 46,367.69 | 3,181.03 |

Total Paid Claimant:    $49,548.72
Trustee Allowance:      $3,251.28
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007          By  /s/Heather M. Fagan